HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
LUIS ARMANDO RIOS GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ARMANDO RIOS GARCIA,<br><br>Defendant. | Nos. 2:18-cr-00164 KJM 4<br>         1:19-cr-00100 KJM 1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable KIMBERLY J. MUELLER |

Defendant, LUIS ARMANDO RIOS GARCIA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On December 6, 2021, this Court sentenced Mr. Rios Garcia to 87 months imprisonment in 2:18-cr-00164 KJM 4, to run concurrently with the 87-month sentence in 1:19-100 KJM 1;

4. Mr. Rios Garcia's total offense level was 29, his criminal history category was I (based on zero criminal history points), and the resulting guideline range was 87 to 108 months. Mr. Rios Garcia was found to be safety valve eligible, so he was not subject to the statutory mandatory minimum sentence;

5. The sentencing range applicable to Mr. Rios Garcia was subsequently lowered by the zero-point provision;

6. Mr. Rios Garcia is eligible for a reduction in sentence, which reduces his total offense level by 2 from 29 to 27, resulting in an amended advisory guideline range of 70 to 87 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rios Garcia's term of imprisonment to 70 months in both 2:18-cr-00164 KJM 4, and 1:19-cr-00100 KJM 1, to run concurrently effective February 1, 2024. If the amount of time served as of February 1, 2024 exceeds 70 months, the sentences are instead each reduced to a sentence of time-served as of February 1, 2024.

Respectfully submitted,

Dated:  January 23, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  January 23, 2024

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
LUIS ARMANDO RIOS GARCIA

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rios Garcia is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months in both 2:18-cr-00164 KJM 4 and 1:19-cr-000100 KJM 1.

IT IS HEREBY ORDERED that the two terms of imprisonment imposed in December 2021 are each reduced, effective February 1, 2024, to 70 months, to run concurrently. If the amount of time served as of February 1, 2024 exceeds 70 months, the sentences imposed in 2:18-cr-00164 KJM 4, and 1:19-cr-000100 KJM 1 are instead reduced to a sentence of time-served as of February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgments remain in effect. The clerk shall forthwith prepare amended judgments reflecting the above reduction in sentence, and shall serve certified copies of the amended judgments on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rios Garcia shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   January 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE