Case 2:18-cr-00164-KJM   Document 493   Filed 01/29/24   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:18-CR-00164-KJM-04 and 1:19-CR-00100-KJM-01 |
| Luis Armando Rios Garcia ) | USM No: 77531-097 |
| ) | |
| Date of Original Judgment: 12/6/2021 ) | |
| Date of Previous Amended Judgment: ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __87__ months **is reduced to** 70 months imprisonment in both 2:18-CR-00164-KJM-04, and 1:19-CR-00100-KJM-01, to run concurrently. If the amount of time served as of 2/1/2024 exceeds 70 months, the sentences are instead each reduced to a sentence of Time Served as of 2/1/2024.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/22/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/29/2024

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

The Honorable Kimberly J. Mueller, U.S. District Judge
*Printed name and title*